JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOHAMED BEN LAMINE, et al., | ) | Case No.:  CV 10-1013 DSF (AGRx) |
| Plaintiffs, | ) | |
| vs. | ) | JUDGMENT |
| CAPITAL SOURCE BANK, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

By order dated August 9, 2010, the Court ordered that certain claims be dismissed with prejudice and that all other claims be dismissed with leave to amend no later than September 6, 2010.  No amended complaint has been filed.

THEREFORE, IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____10/6/10_____           _____
                                                                  Dale S. Fischer
                                                            United States District Judge